FILED
JAN 12 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES GUICE, )<br>a/k/a "Chuck," )<br>)<br>Defendant. ) | 4:22CR012 HEA/JMB |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 24, 2021 in St. Louis County, within the Eastern District of Missouri,

**CHARLES GUICE,
a/k/a "Chuck,"**

the Defendant herein, while under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally receive one or more firearms which previously traveled in interstate or foreign commerce prior to being in the Defendant's possession, to wit: a Glock 9mm semi-automatic pistol, model 17 Gen 5, bearing serial number BRDF975 and a Glock 9mm semi-automatic pistol, model 17 Gen 5, bearing serial number BPKN219.

In violation of Title 18, United States Code, Section 922(n).

### COUNT TWO

The Grand Jury further charges that:

On or about July 7, 2021 in St. Louis County, within the Eastern District of Missouri,

**CHARLES GUICE,**
**a/k/a "Chuck,"**

the Defendant herein, while under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally receive one or more firearms which previously traveled in interstate or foreign commerce prior to being in the Defendant's possession, to wit: an Anderson model AM-15 5.56 x 45 mm rifle bearing serial number 21064833.

In violation of Title 18, United States Code, Section 922(n).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
PAUL J. D'AGROSA, #36966MO
Assistant United States Attorney